FILED

2013 May-30  AM 11:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL HAYES, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 2:12-cv-01872-CLS-MHH** |
| | ) | |
| WARDEN CHERYL PRICE, | ) | |
| et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report January 22, 2013, recommending that this action be dismissed without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1).  The plaintiff filed objections to the report and recommendation on February 6, 2013.  Upon review of the plaintiff's objections, the court finds them to be without merit.

Accordingly, having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  This action is therefore due to be dismissed as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DONE this 29th day of May, 2013.

_____
United States District Judge